540 U.S. 999
 HERNANDEZ-DUQUE
v.
UNITED STATES (Reported below: 73 Fed. Appx. 83);
BARRIOS-RICARTE
v.
UNITED STATES (73 Fed. Appx. 81);
HERNANDEZ
v.
UNITED STATES (73 Fed. Appx. 81);
IBARGUEN-CHELEDO
v.
UNITED STATES (73 Fed. Appx. 81);
GARCIA-HERNANDEZ, AKA TREVINO-GUZMAN
v.
UNITED STATES (73 Fed. Appx. 81);
CONSTANTINO-PEREZ
v.
UNITED STATES (73 Fed. Appx. 81);
ESPARZA-MACIAS
v.
UNITED STATES (73 Fed. Appx. 81);
CRUZ-HERNANDEZ
v.
UNITED STATES (73 Fed. Appx. 82);
MAYA-SANCHEZ
v.
UNITED STATES (73 Fed. Appx. 82);
ALCANTARA-GARCIA
v.
UNITED STATES (73 Fed. Appx. 81);
VILLARREAL-GAYTAN
v.
UNITED STATES (73 Fed. Appx. 81);
ISLAS-SAUCEDO
v.
UNITED STATES (73 Fed. Appx. 81);
MACIAS-LOPEZ
v.
UNITED STATES (73 Fed. Appx. 82);
RIOS
v.
UNITED STATES (73 Fed. Appx. 82);
PEREZ-MARTINEZ
v.
UNITED STATES (73 Fed. Appx. 81);
MUNOZ-PARADA
v.
UNITED STATES (73 Fed. Appx. 81);
MENJIVAR-HERRERA
v.
UNITED STATES (73 Fed. Appx. 81);
OCHOA
v.
UNITED STATES (73 Fed. Appx. 81);
MARINERO-BONILLA
v.
UNITED STATES (73 Fed. Appx. 83);
ASTORGA-RAMIREZ,
 AKA RUIZ RAMIREZ
v.
UNITED STATES (73 Fed. Appx. 691), and
ARMANDO MARTINEZ
v.
UNITED STATES (73 Fed. Appx. 81).
 No. 03-6756.
 Supreme Court of United States.
 November 3, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied.